**FILED**
**CLERK**

11:11 am, May 23, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

MERCEDES MONTOYA, and MARLENY DEL CARMEN
MEJIA SEVILLA, individually, and on behalf of all others
similarly situated,

Civil Docket No.:
22-cv-02240 (GRB)(AYS)

Plaintiffs,

-against-

**NOTICE OF**
**VOLUNTARY DISMISSAL**

TGI FRIDAY'S INC.,

Defendant.

------------------------------------------------------------------------X

**IT IS HEREBY NOTICED**, that this action (and all claims and causes of action that

were or could have been asserted in it) be withdrawn, discontinued, and dismissed, as against the

defendant, **TGI FRIDAY'S INC.**, without prejudice and without costs as to either party,

in accordance with Rule 41 of the Federal Rules of Civil Procedure ("FRCP").

Dated:  May 20, 2022
          Kew Gardens, New York

*Roman Avshalumov*
Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiffs MERCEDES*
*MONTOYA, and MARLENY DEL*
*CARMEN MEJIA SEVILLA*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Tel.: (718) 263-9591

**<u>SO ORDERED</u>:**

/s/ Gary R. Brown

Hon. Gary R. Brown

This 23rd day of May , 2022.